VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Catherine A. Stewart*, in support of the petition.

*William F. Beckert, Jr.*, in opposition.

Decided September 12, 2007

JUAN VASQUEZ *v.* THE SUPERIOR COURT OF THE STATE OF CONNECTICUT, HARTFORD JUDICIAL DISTRICT

The plaintiff's petition for certification for appeal from the Appellate Court, 102 Conn. App. 394 (AC 28248), is denied.

*Cynthia M. Fernandez-Romano*, in support of the petition.

*Robert J. Deichert*, assistant attorney general, in opposition.

Decided September 12, 2007

MICHAEL IACURCI *v.* SCOTT WELLS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 28434) is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*Michael Iacurci*, pro se, in support of the petition.

*Christopher R. Perry*, in opposition.

Decided September 12, 2007